IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) MARIE BELLEUS, et al., ) ) Plaintiff-Intervenors ) ) v. ) ) LFC AGRICULTURAL SERVICES, INC., ) SIX L'S PACKING COMPANY, INC., ) and CUSTOM-PAK, INC., ) ) Defendants. ) ) | CIVIL ACTION NO: 2:09-cv-00636-FTM-29DNF |

## JOINT MOTION FOR APPROVAL OF CONSENT DECREE

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiff, the United States Equal Employment Opportunity Commission (hereinafter "the Commission" or the "EEOC"), the Plaintiff-Intervenors named in the Amended Complaint in Intervention (hereinafter "Plaintiff-Intervenors"), and Defendants, LFC Agricultural Services, Inc., Six L's Packing Company, Inc., and Custom Pak, Inc. (hereinafter "Defendants"), hereby respectfully submit this Joint Motion for Approval of Consent Decree. As grounds for the motion, Defendants, Plaintiff-Intervenors, and the Commission (hereinafter together "the parties") state as follows:

1. Defendants operate agricultural production, packing, and distribution facilities in Immokalee, Florida, specifically including the CustomPak facility where the Claimants and

Plaintiff-Intervenors were employed. The Commission filed this action on September 24, 2009, alleging that the Defendants violated Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e, *et seq.,* when they subjected Black Haitian employees and others similarly situated (hereinafter "Claimants") to a hostile working environment, disparate terms and conditions of employment, disparate discipline, unlawful retaliation, and discharge on the basis of their race, color, and/or national origin. [Docket Entry No. 1, hereinafter "Dkt. No.__"]. Defendants filed their Answer to EEOC's Complaint, denying EEOC's allegations and asserting affirmative defenses on November 30, 2009. [Dkt. No. 16].

2.     On January 12, 2010, the Court granted a Motion to Intervene by several of the original Claimants in the EEOC's lawsuit. [Dkt. No. 19]. The Plaintiff-Intervenors filed their Complaint on January 12, 2010, joined in the Commission's Title VII claims, and asserted substantially identical claims under 42 U.S.C. § 1981 and the Florida Civil Rights Act, Fla. Stat. §760.01, *et seq.*. [Dkt. No. 20]. Defendants filed their Answer to Plaintiff-Intevenors' Complaint, denying Plaintiff-Intervenors' allegations and asserting affirmative defenses, on February 2, 2010. [Dkt. No. 24].

3.     On January 11, 2011, the Commission filed a First Amended Complaint, asserting only the claim that Defendants subjected certain individually named Claimants to a hostile working environment on the basis of their race, color, and/or national origin, voluntarily dismissing claims based on disparate terms and conditions of employment, disparate discipline, unlawful retaliation, and discharge, and seeking monetary and injunctive relief on behalf of twelve (12) Claimants. On January 25, 2011, Defendants answered, denying EEOC's allegations and asserting affirmative defenses. [Dkt. No. 65].

4. On February 14, 2011, ten (10) of the original Plaintiff-Intervenors filed an Amended Complaint to assert only hostile work environment claims under Title VII, 42 U.S.C. § 1981, and the Florida Civil Rights Act. [Dkt. No. 70].[1] On February 23, 2011, Defendants filed their Answer and Affirmative Defenses to Plaintiff-Intervenors' First Amended Complaint, denying Plaintiff-Intervenors' allegations and asserting affirmative defenses. [Dkt. No.71].

5. All parties, including Plaintiff-Intervenors, participated in a formal in person mediation on April 9, 2010, and, since that time, have engaged in comprehensive informal settlement negotiations. As a result of these negotiations, EEOC, the Plaintiff Intervenors, and the Defendants have agreed to resolve this action in its entirety on the terms reflected in the executed Consent Decree, attached as **Joint Exhibit A**.[2]

6. The attached Consent Decree reflects the terms of monetary and injunctive relief to which the parties have agreed.

**WHEREFORE**, for the foregoing reasons, United States Equal Employment Opportunity Commission, the Plaintiff-Intervenors, and Defendants, LFC Agricultural Services, Inc., Six L's Packing Company, Inc., and Custom Pak, Inc. respectfully request that this Court grant their Joint Motion for Approval of Consent Decree and execute the attached Consent Decree.

Respectfully Submitted on May 17, 2011,

---

[1] The following individuals, who sought relief in the Plaintiff-Intervenors' original Complaint, [*see* Dkt. No. 20], are not named as Intervenors in the Plaintiff-Intervenors' Amended Complaint. [*see* Dkt. No. 70]: Imelda Laguerre, Ilonie Jean, Marianne Pierre, Marie Edeline Jean, Nerelia Lovensky, and Jean Joseph Auguste. All of these individuals' claims have either been voluntarily dismissed or dismissed by the Court.

[2] Independent of the EEOC's claims, Plaintiff-Intervenors have agreed with Defendants to resolve the claims they asserted in their Intervenor Complaint. It is anticipated that Plaintiff-Intervenors and Defendants will file separate submissions to effectuate the dismissal of those claims. [Dkt. No. 70].

| For U.S. Equal Employment Opportunity Commission: | For Defendants: |
|---|---|
| /s/ Kaleb M. Kasperson<br>KALEB M. KASPERSON<br>Trial Attorney<br>United States Equal Employment<br>Opportunity Commission<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2700<br>Miami, Florida 33131<br>Telephone:   (305) 808-1786<br>Facsimile:    (305) 808-1835 | /s/ John F. Potanovic<br>JOHN F. POTANOVIC<br>Henderson, Franklin,<br>Starnes, & Holt, P.A.<br>1715 Monroe Street<br>P.O. Box 280<br>Fort Myers, FL 33902<br>Telephone: (239) 344-1240<br>Facsimile: (239) 344-1590 |

/s/ Ingrid Francoeur
INGRID FRANCOEUR
Florida Rural Legal Services
3210 Cleveland Avenue
P.O. Box 219
Fort Myers, Florida 33902
Telephone:   (239) 334-4554
Facsimile:    (239) 334-3042

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              /s/ Kaleb M. Kasperson
                                              Kaleb M. Kasperson
                                              Kaleb.Kasperson@eeoc.gov

**SERVICE LIST**
*EEOC v. LFC Agricultural Services, Inc. et al.*
**Case No. 2:09-cv-00636-FTM-29DNF**
**United States District Court for the Middle District of Florida**

ROBERT E. WEISBERG, Regional Attorney
KIMBERLY McCOY-CRUZ, Supervisory Trial Attorney
KALEB M. KASPERSON, Trial Attorney
BRIAN J. SUTHERLAND, Trial Attorney
U.S. Equal Employment Opportunity Commission
One Biscayne Tower
Miami District Office
2 South Biscayne Blvd., Suite 2700
Miami, FL 33131
Telephone: (305)808-1786
Facsimile: (305)808-1835
Email: kaleb.kasperson@eeoc.gov

*Attorneys for EEOC*

JOHN F. POTANOVIC, Attorney
VICKI L. SPROAT, Attorney
SUZANNE BOY, Attorney
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
P.O. Box 280
Fort Myers, FL 33902
Telephone:  (239) 344-1240
Facsimile:     (239) 344-1590
Email: John.Potanovic@henlaw.com

*Attorney for Defendants*

INGRID B. FRANCOEUR
Florida Rural Legal Services
3210 Cleveland Avenue
P.O. Box 219
Fort Myers, Florida 33902
Telephone:    (239) 334-4554
Facsimile:      (239) 334-3042

*Attorney for Plaintiff-Intervenors*