```
                     UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

              Plaintiff,

vs.                              Case No.   2:09-cv-636-FtM-29DNF

LFC AGRICULTURAL SERVICES, INC., SIX L'S PACKING COMPANY, INC., CUSTOM PAK, INC.,

              Defendants.

_____

## ORDER ON CONSENT DECREE

This matter comes before the Court on the parties' Joint Motion for Approval of Consent Decree (Doc. #79) filed on May 17, 2011. The parties have agreed to resolve the case in its entirety by Consent Decree. Upon review, the Court will endorse the Consent Decree and direct the entry of judgment.

Accordingly, it is now

**ORDERED**:

1. The parties' Joint Motion for Approval of Consent Decree (Doc. #79) is **GRANTED.**

2. The Court will retain jurisdiction over the enforcement of the Consent Decree for no longer than 3 years from the date of this Order on Consent Decree. The Clerk shall enter Judgment adopting the attached Consent Decree by attaching a copy of the signed Consent Decree to said judgment.

3. The Clerk is further directed to terminate any remaining deadlines and pending motions as moot, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __31st__ day of May, 2011.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record