IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) MARIE BELLEUS, et al., ) ) Plaintiff-Intervenors ) ) v. ) ) LFC AGRICULTURAL SERVICES, INC., ) SIX L'S PACKING COMPANY, INC., ) and CUSTOM-PAK, INC., ) ) Defendants. ) ) | CIVIL ACTION NO: 2:09-cv-00636-FTM-29DNF |

## **JOINT RESPONSE TO THE COURT'S ORDER OF JUNE 17, 2011**

Plaintiff, the United States Equal Employment Opportunity Commission (hereinafter "the Commission" or the "EEOC"), the Plaintiff-Intervenors named in the First Amended Complaint-in-Intervention (hereinafter "Plaintiff-Intervenors"), and the Defendants, LFC Agricultural Services, Inc., Six L's Packing Company, Inc., and Custom Pak, Inc. (hereinafter "Defendants"), respectfully submit this Joint Response to the Court's Order directing them to advise the Court whether they have agreed to a dismissal or to the Consent Decree previously filed in the above-captioned action. [Docket Entry No. 83, hereinafter "Dkt. No. __"]. The EEOC's claims against the Defendants were resolved by the Consent Decree, [Dkt. No. 81], and the Plaintiff-Intervenors' separate and independent claims contained in their First Amended Complaint were resolved by their Notice of Stipulated

Dismissal, [Dkt. No. 82].  Accordingly, the EEOC, the Plaintiff-Intervenors, and the Defendants (hereinafter collectively referred to as "the parties"), request that the Court recognize the Plaintiff-Intervenors' dismissal of their independent claims, and also retain jurisdiction to enforce the Consent Decree, which resolved the EEOC's claims.  In support of their position, the parties state as follows:

1. On September 24, 2009, the EEOC initiated this action pursuant to its enforcement authority as a public agency under § 706(f)(1) of Title VII, as amended, 42 U.S.C. § 2000e-5(f)(1). [Dkt. No. 1].  The Plaintiff-Intervenors were permitted to intervene in the EEOC's action in order to assert their own *independent* claims under Title VII, as well as other claims under 42 U.S.C. § 1981 and the Florida Civil Rights Act of 1992. [Dkt. No. 19].  After the parties proceeded with litigation and conducted substantial discovery, the EEOC filed its First Amended Complaint on January 11, 2011, [Dkt. No. 64], and the Plaintiff-Intervenors filed their First Amended Complaint on February 14, 2011, [Dkt. No. 71].

2. All parties participated in a mediation conference on April 9, 2010, and engaged in comprehensive informal settlement negotiations thereafter.  As a result of these negotiations, the EEOC and the Defendants agreed to resolve this action upon the terms reflected in the Consent Decree, which provided monetary relief for the Claimants as well as injunctive relief. [Dkt. No. 81].  The Plaintiff-Intervenors are not parties to the Consent Decree.[1]

3. Also as a result of the settlement negotiations, the Plaintiff-Intervenors agreed to dismiss their independent claims contained in their First Amended Complaint.  The parties

---

[1] Although the Consent Decree resolves only the EEOC's claims against the Defendants and the Plaintiff-Intervenors are not parties to the Decree, the Plaintiff-Intervenors nevertheless signed the Consent Decree as a symbolic gesture to express their satisfaction with the resolution of this case and the relief provided for by the Decree.

2

then filed a Joint Motion to Approve the Consent Decree in which they advised the Court that "[i]ndependent of the EEOC's claims, Plaintiff-Intervenors have agreed with Defendants to resolve the claims they asserted in their Intervenor Complaint," and that the parties "anticipated that Plaintiff-Intervenors and Defendants will file separate submissions to effectuate the dismissal of [Plaintiff-Intervenors' independent] claims." [Dkt. No. 79], at 3, n.2. The Court granted the parties' Joint Motion on May 31, 2011, [Dkt. No. 80], and entered its Judgment adopting the Consent Decree on June 1, 2011, [Dkt. No. 81]. The Plaintiff-Intervenors thereafter filed a Notice of Stipulated Dismissal with Prejudice of Plaintiff-Intervenors' First Amended Complaint. [Dkt. No. 82].[2]

**WHEREFORE**, for the foregoing reasons, the United States Equal Employment Opportunity Commission, the Plaintiff-Intervenors, and the Defendants, LFC Agricultural Services, Inc., Six L's Packing Company, Inc., and Custom Pak, Inc. respectfully request that the Court recognize the dismissal of the Plaintiff-Intervenors' separate and independent claims against the Defendants contained in their First Amended Complaint, [Dkt. No. 70], and continue to retain jurisdiction to enforce the Consent Decree as the final resolution of the EEOC's claims against the Defendants.

---

[2] To the extent that the Notice of Stipulated Dismissal with Prejudice of Plaintiff-Intervenors' Amended Complaint Docket, [Dkt. No. 82], suggests that EEOC seeks the dismissal of any claims, it should more accurately have indicated that EEOC does not oppose the Plaintiff-Intervenors' dismissal of their independent claims. Indeed, no party seeks the dismissal of EEOC's claims, which were resolved by and through the entry of the Consent Decree. [Dkt. No. 81].

Respectfully Submitted on June 29, 2011,

| **For the U.S. Equal Employment Opportunity Commission:** | **For Defendants:** |
|---|---|
| /s/ Brian J. Sutherland | /s/ John F. Potanovic |
| BRIAN J. SUTHERLAND | JOHN F. POTANOVIC |
| Trial Attorney | Henderson, Franklin, |
| United States Equal Employment | Starnes, & Holt, P.A. |
| Opportunity Commission | 1715 Monroe Street |
| One Biscayne Tower | P.O. Box 280 |
| 2 South Biscayne Blvd., Suite 2700 | Fort Myers, FL 33902 |
| Miami, Florida 33131 | Telephone: (239) 344-1240 |
| Telephone:   (305) 808-1815 | Facsimile: (239) 344-1590 |
| Facsimile:   (305) 808-1835 | |

**For Plaintiff-Intervenors Marie Belleus, Aline Charles, Michel Eraus, Marie Gourdet, Madeleline Joseph, Raymonde Metelus, Lenaud Nelson, Roselaine Poliard, Jean Baptiste Registe and Rose Marie Sanon**

/s/ Ingrid Francoeur
INGRID FRANCOEUR
Florida Rural Legal Services
3210 Cleveland Avenue
P.O. Box 219
Fort Myers, Florida 33902
Telephone:   (239) 334-4554
Facsimile:    (239) 334-3042

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Kaleb M. Kasperson
Kaleb M. Kasperson

**SERVICE LIST**
*EEOC v. LFC Agricultural Services, Inc. et al.*
**Case No. 2:09-cv-00636-FTM-29DNF**
**United States District Court for the Middle District of Florida**

ROBERT E. WEISBERG, Regional Attorney
KIMBERLY McCOY-CRUZ, Supervisory Trial Attorney
KALEB M. KASPERSON, Trial Attorney
BRIAN J. SUTHERLAND, Trial Attorney
U.S. Equal Employment Opportunity Commission
One Biscayne Tower
Miami District Office
2 South Biscayne Blvd., Suite 2700
Miami, FL 33131
Telephone: (305)808-1786
Facsimile: (305)808-1835
Email: kaleb.kasperson@eeoc.gov

*Attorneys for EEOC*

INGRID B. FRANCOEUR
Florida Rural Legal Services
3210 Cleveland Avenue
P.O. Box 219
Fort Myers, Florida 33902
Telephone:   (239) 334-4554
Facsimile:   (239) 334-3042

*Attorney for Plaintiff-Intervenors*

JOHN F. POTANOVIC, Attorney
VICKI L. SPROAT, Attorney
SUZANNE BOY, Attorney
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
P.O. Box 280
Fort Myers, FL 33902
Telephone: (239) 344-1240
Facsimile:   (239) 344-1590
Email: John.Potanovic@henlaw.com

*Attorney for Defendants*